UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN - 3 2014
Clerk, U.S. District and
Bankruptcy Courts

GARY CHARLES BRESTLE, )
)
Plaintiff, )
)
v. ) Civil Action No.
) 14-9
CHARLES E. SAMUELS, JR., *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed. The instant complaint is substantially similar to that filed in *Brestle v. Samuels*, No. 13-1928 (UNA), and it will be dismissed as duplicative.

An Order is issued separately.

United States District Judge

DATE: 12/19/13